United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MOHAMMAD JAMSHID MAHBOB GUL,** | § § § | |
| Petitioner, | § | |
| | § | |
| v. | § | **Civil Action No.** 1:26-cv-310 |
| | § | |
| **FRANCISCO VENEGAS,** in his official capacity, Warden of El Valle, *et al.*, | § § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Mohammad Jamshid Mahbob Gul's "Petition for Writ of Habeas Corpus" ("§ 2241 Petition") and "Application for Order to Show Cause Pursuant to 28 U.S.C. Section 2243" ("Motion"); he lists various Respondents (collectively, the "Government"). Dkt. Nos. 1, 3.

Mahbob Gul's Motion [Dkt. No. 3] is **GRANTED, IN PART**. The Government is **ORDERED** to file a response to Mahbob Gul's § 2241 Petition on or before **April 9, 2026**. If Mahbob Gul wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED**.

SIGNED on this **26th** day of **March, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III
United States Magistrate Judge**